**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 21-7561

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

KEVIN EARL ELROD,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Louise W. Flanagan, District Judge. (4:18-cr-00034-FL-1; 4:20-cv-00156-FL)

Submitted: January 20, 2022          Decided: January 25, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kevin Earl Elrod, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Earl Elrod seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on Elrod's first 28 U.S.C. § 2255 motion and the court's order dismissing Elrod's second § 2255 motion as successive and unauthorized. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its orders on April 14, 2021, and May 12, 2021. Elrod filed the notice of appeal on October 14, 2021.[1] Because Elrod failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.[2]

---

[1] For the purpose of this appeal, we assume that the date appearing on the postmark is the earliest date Elrod could have delivered the notice to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1)(A)(ii); *Houston v. Lack*, 487 U.S. 266, 276 (1988).

[2] Moreover, Elrod already appealed the April 14 order and may not do so a second time.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*